NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTI INC.,**

*Plaintiff-Cross-Appellant*

v.

**VIA TECHNOLOGIES, INC., VIA TECHNOLOGIES, INC. (TAIWAN),**

*Defendants-Appellants*

---

2013-1670, 2014-1839

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:10-cv-00279-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

MICHAEL LOUIS BRODY, Winston & Strawn LLP, Chicago, IL, argued for plaintiff-cross-appellant. Also represented by JAMES ETHAN MCCOMB; GEOFFREY P. EATON, Washington, DC.

BRIAN ANDREW CARPENTER, Beuther Joe & Carpenter LLC, Dallas, TX, argued for defendants-appellants. Also represented by ERIC WILLIAM BEUTHER; TIMOTHY J.H. CRADDOCK, Klemchuk LLP, Dallas, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 8, 2016         /s/ Daniel E. O'Toole
Date               Daniel E. O'Toole
                Clerk of Court